IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

TAYLOR RAY NORWOOD )
 )
v. ) No. 1:13-0054
 )
CAROLYN W. COLVIN, )
    Acting Commissioner of )
    Social Security )

O R D E R

The defendant's motion for leave to file excess pages (Docket Entry No. 15) is GRANTED. The Clerk is directed to file and docket the defendant's response to the plaintiff's motion for judgment on the administrative record (Docket Entry No. 15-1).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge